**Criminal Case Cover Sheet**                                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Dorchester

**County** Suffolk

**Related Case Information:**
Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  24-MJ-6894-MPK
Search Warrant Case Number  24-MJ-6880-6883-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

Defendant Name: Yunior Rafael Pena Brito       Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name: Junior

Address: Dorchester, Massachusetts

Birth date (Yr only): 2000   SSN (last 4#): NA   Sex: M   Race: Hispanic   Nationality: Dominican

**Defense Counsel if known:** Mark W. Shea       Address: 88 Broad Street, Suite 101
                                                                    Boston, MA 02110
Bar Number: _____

**U.S. Attorney Information**

AUSA: Leah B. Foley       Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No       List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** in custody

**Arrest Date:** 10/08/2024

☑ Already in Federal Custody as of  10/08/2024  in  Plymouth .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/7/2024       Signature of AUSA: *Leah B. Foley*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Yunior Rafael Pena Brito

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 grams+ of methamphetamine and 400+ grams fentanyl | 1 |
| Set 2 | 21 U.S.C. § 853 | forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**